Telesforo Del Valle, Jr.

Email: tdvesq@aol.com

Michael J. Sluka
Lawrence D. Minasian

Fax. (212)481-4853

———

———

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Leticia Silva
Legal Assistant

**MEMO ENDORSED**

May 3, 2021

The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
-Via ECF-

The application is __X__ granted
___ denied

Edgardo Ramos, U.S.D.J
Dated: 5/3/2021
New York, New York

Re:    USA v. Vanessa Gomez
       21 Cr. 245 (ER)

Dear Judge Ramos,

Our office represents Ms. Vanessa Gomez in the above referenced matter.

On April 14, 2021, Ms. Vanessa Gomez was released on a $50,000 Personal Recognizance Bond secured by two Financially Responsible Persons, with Conditions of Release that include Pretrial Supervision, travel restricted to the Southern and Eastern Districts of New York, and a restriction from having personal identifications of others.

Ms. Gomez works as a Real Estate Agent and is required to handle personal identifications of other, as well as show houses in the District of New Jersey.

We respectfully request bail modifications to include the following:

1) Travel Restrictions to include the District of New Jersey; and

2) Defendant not to have any personal identifications of others, except for the limited purpose of the Defendant's current employment.

U. S. Pretrial Services Officer Courtney DeFeo and A.U.S.A. Danielle Kudla both consent to these modifications.

Thank you for your consideration.

Respectfully submitted,

S/Telesforo Del Valle Jr.
Telesforo Del Valle Jr., Esq.

Cc.    A.U.S.A. Danielle Kudla, Esq.
       U. S. Pretrial Services Officer Courtney DeFeo