```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __10/1/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

VANESSA GOMEZ,

                      Defendant.

ORDER

21 Cr. 245-2 (ER)

Ramos, D.J.:

    The pretrial conference previously scheduled for October 5, 2021, is hereby rescheduled for October 13, 2021 at 4:45 p.m. by telephone. The parties are directed to call the Court at (877) 411-9748 and use access code 302 9857# when prompted. (Members of the press and public may call the same number, but will not be permitted to speak during the conference. All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.)

    The time between October 5, 2021, and October 13, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) upon consent of the parties. The Court finds that the ends of justice served by this exclusion of time outweigh the interests of the public and the defendant in a speedy trial.

    It is SO ORDERED.

Dated: New York, New York
       October 1, 2021

                                                 EDGARDO RAMOS, U.S.D.J.