UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 12/10/2021
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **ORDER** |
| –v– | 21-cr-0245-2 (ER) |
| VANESSA GOMEZ, | |
| Defendants. | |

Ramos, D.J.:

The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.

On October 13, 2021, the jury trial in this matter was scheduled for February 14, 2022. The Court accordingly requested a jury trial for that date and the Clerk's Office has now notified the Court that this case has been placed on the jury trial list for **February 22, 2022**. The case must be trial-ready for that date. The case is second on the list for jury trials for that day. This means that the case will not proceed on **February 22, 2022**, if the other trial scheduled for that date go forward. If the case cannot proceed on the scheduled date, the Court will seek another jury trial date for as soon as possible thereafter. As soon as the Court confirms that the matter will proceed on **February 22, 2022**, it will inform the parties.

The following trial schedule is hereby adopted:

1. Motions *in limine* are due **January 24, 2022,** and oppositions thereto by **February 7, 2022.**

2. Proposed jury instructions, *voir dire* questions, and verdict sheets are due **January 24, 2022** and objections thereto by **February 7, 2022.**

3. The Final Pretrial Conference shall be held on **February 17, 2022 at 2:00 PM.**

SO ORDERED.

Dated: December 10, 2021
      New York, New York

Edgardo Ramos, U.S.D.J.