USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: \_\_\_1/3/2022\_\_\_

# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696

*NY AND CALIF. BARS

January 3, 2022

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The change of plea hearing will be held on January 6, 2022 at 2:30 p.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: \_\_\_1/3/2022\_\_\_
> New York, New York

RE:   United States v. Vanessa Gomez, 21 Cr. 245 (ER)

Your Honor:

    I am writing to respectfully request that the change-of-plea hearing now scheduled for 11:00am on January 6, 2022 be moved to a time later in the day, preferably after 2:30pm.

    The reason for this request is that I am scheduled to have a dermatological procedure on the morning of the 6th, and I am not sure I can make it to Court on time for an 11am appearance.

    I have communicated with AUSA Danielle Kudla, the prosecutor in this matter, and she has no objection to this request provided the time is 2:30pm or later.

    Thank you so much for Your Honor's consideration of this application.

Sincerely,

/s/ Thomas H. Nooter
Thomas H. Nooter
Attorney for Defendant Gomez

cc:   AUSA Danielle Kudla, by ECF