# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

*NY AND CALIF. BARS

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696

November 11, 2022

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshal Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

CONSENT LETTER MOTION

RE: <u>United States v. Vanessa Gomez, et al., 21 Cr. 245 (ER)</u>

Your Honor:

I am the attorney who represented Ms. Gomez during the time her case was pending before Your Honor earlier this year.

I recently made a motion to permit Ms. Gomez to travel outside of the U.S. for Thanksgiving while still on supervised release, which was granted by the Court.

At the time I made the motion I failed to remember that Pre-Trial Services is holding her U.S. passport as part of her conditions of release, so I am writing once again to request that the Court issue an order releasing the passport to my client.

Ms. Gomez is supervised by USPO Pierre Reyes, phone number is (646) 300-5334 who has no objection.

I have also consulted with the Assistant United States Attorney who handled her case for the government, Ms. Danielle M. Kudla, Esq., and she has no objection.

I thank the Court in advance for Your Honor's consideration of this application, and I am sorry I didn't think of it at the time I made the first application.

Sincerely,

*/s/ Thomas H. Nooter*
Attorney for Defendant Vanessa Gomez

cc: AUSA Danielle M. Kudla, by ECF
USPO Pierre Reyes, by email

---

Pretrial Services is respectfully directed to release to Ms. Gomez her passport.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __11/14/2022____
New York, New York