# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN  
THOMAS H. NOOTER*  
LEE A. GINSBERG

75 MAIDEN LANE  
SUITE 907  
NEW YORK, N.Y. 10038

(212) 608-0808  
Cell: (917) 847-1361

*NY AND CALIF. BARS

March 28, 2023

Honorable Edgardo Ramos  
United States District Judge  
Southern District of New York  
Thurgood Marshal Courthouse  
40 Foley Square  
New York, NY 10007

**MEMO ENDORSED**

CONSENT LETTER MOTION

RE:   United States v. Vanessa Gomez, et al., 21 Cr. 245 (ER)

Your Honor:

    I am the attorney who represented Ms. Gomez during the time her case was pending before Your Honor earlier this year.

    Ms. Gomez was sentenced on May 11, 2022, to "time served," to be followed by three years supervised release, of which six months is to be served on home confinement. She served the home confinement and should be finished with the supervised release on or about May 11, 2023.

    I am writing on her behalf now to respectfully request permission for her to travel outside of the United States for a brief trip to the Dominican Republic from April 6, 2023 through April 17, 2023. She has already booked flights on JetBlue for those dates. She expects to stay with her mother while she is there. The reason for the request is for her to see her 90-year-old grandmother and her mother.

    This is the second such request I have made on behalf of Ms. Gomez: the first was for the Thanksgiving holiday period, and was also on consent, and the request was granted by the Court.

    Ms. Gomez is now supervised by Andrew Leung, (at Andrew_Leung@nysp.uscourts.gov) who has no objection, but needs the Court's permission to

allow her to travel outside of the country.

    I have also consulted with the Assistant United States Attorney who handled her case for the government, Ms. Danielle M. Kudla, Esq., and she has no objection.

    I thank the Court in advance for Your Honor's consideration of this application.

Sincerely,

*/s/ Thomas H. Nooter*
Attorney for Defendant Vanessa Gomez

cc:    AUSA Danielle M. Kudla, by ECF
       Andrew Leung, Contract employee with U.S. Probation Department

---

Ms. Gomez' application for permission for to travel outside of the United States for a brief trip to the Dominican Republic from April 6, 2023 through April 17, 2023 is granted.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 3/30/2023
New York, New York